STATE of Vermont v. Benjamin H. HUGINSKI, No. 11-79

February 13, 1979. The defendant is to be released under the

618

authority of Rule 9(b), V.R.A.P., subject to the following conditions with respect to his appearance in court when ordered to do so, until determination of the appeal in this matter and the filing of an order of disposition in connection therewith:

1. That bail in the amount of $25,000 cash be furnished to the clerk of this Court.